**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| MARCUS QUINN, | § § | |
| Petitioner, | § § | CIVIL NO. 4:25-CV-631-SDJ-AGD |
| v. | § § | |
| STATE OF TEXAS, ET AL., | § § | |
| Respondents. | § § | |

**MEMORANDUM ADOPTING IN PART THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2025, the Magistrate Judge entered a Report, (Dkt. #25), recommending that this case be dismissed without prejudice. On December 19, 2025, Petitioner filed an objection to the Report (Dkt. #27). Thereafter, Petitioner filed "Petitioner's Motion for Leave to Supplement the Record with Newly Available Evidence" (Dkt. #33) and "Emergency Motion for Immediate Injunctive Relief and Stay of State Court Proceedings" (Dkt. #34). Finally, Petitioner filed a "Third Emergency Supplemental Motion for a Writ of Habeas Corpus, Immediate Release from State Custody, and Leave for Next Friend to Sign and Prosecute Action" (Dkt. #35).

Petitioner objects to the Report on the following bases: (1) Contrary to the Report's conclusion, the State Government engaged in a bad faith prosecution against Petitioner, as evidenced by Petitioner's acquittal in F23-4344-158; (2) Petitioner's

claims of judicial bias and ineffective assistance of counsel were not vague or conclusory, but well-documented and constituted extraordinary circumstances; (3) Petitioner's Sixth Amendment right to a speedy trial was violated when the State court "intentionally created no record of the proceedings where that right was asserted;" and (4) Petitioner did not need to exhaust his State court remedies because the State trial court intentionally destroyed "the appellate record" and thus, exhaustion would have been futile (Dkt. #27, at pp. 12-13).

The Court takes judicial Notice of the filings and dockets in the following Denton County criminal cases: F23-4344-158, F24-3517-158, F25-1683-158.

The records in F23-4344-158 reflect that Petitioner was acquitted by a jury of Aggravated Assault with a Deadly Weapon. In the records for F24-3517-158 and F25-1683-158, the dockets show that a jury trial was scheduled for March 23, 2026. The dockets do not reflect the outcome of Petitioner's jury trial, but Petitioner submitted to the Court that he was found guilty (Dkt. #35, at p. 6). Additionally, Petitioner asserts that he was scheduled for sentencing in those cases on March 25, 2026 (Dkt. #35, at p. 2). However, to date, the dockets in F24-3517-158 and F25-1683-158 do not reflect that sentencing has occurred.

Accordingly, having received the Report of the Magistrate Judge, considered Petitioner's objection, (Dkt. #27), conducted a de novo review, and considered what transpired after the Report was entered, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that "Petitioner's Motion for Leave to Supplement the Record with Newly Available Evidence" (Dkt. #33) is **DENIED**.

It is further **ORDERED** that Petitioner's "Emergency Motion for Immediate Injunctive Relief and Stay of State Court Proceedings" (Dkt. #34) is **DENIED**.

It is further **ORDERED** that a certificate of appealability is **DENIED**.

It is further **ORDERED** that pursuant to Petitioner's "Third Emergency Supplemental Motion for a Writ of Habeas Corpus, Immediate Release from State Custody, and Leave for Next Friend to Sign and Prosecute Action" (Dkt. #35), the Clerk of Court is directed to open a new case for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It is finally **ORDERED** that any relief not addressed herein is **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

3